**JURY SEATING CHART**
**6:08-CV-183-GFVT-DALTON CHRISTOPHER BREWER V. WHITLEY CO., ET AL**

| Juror No. | Juror No. | Juror No. | Juror No. | Juror No. | Juror No. | Juror No. |
|---|---|---|---|---|---|---|
|  |  | #225 | #294 | #250 | #315 | # 226 |
| Juror No. | Juror No. | Juror No. | Juror No. | Juror No. | Juror No. | Juror No. |
|  |  | #245 | #318 | #263 | #293 | #253 |



Eastern District of Kentucky
FILED
NOV 10 2010
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT